# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-13-00194-CV

---

**Blake B. Naleid, Appellant**

**v.**

**Deutsche Bank National Trust Company, as Trustee for
Morgan Stanley Mortgage Loan Trust 2004-8AR, Appellee**

---

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-006711, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Blake B. Naleid has filed an unopposed motion to dismiss this appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed:   August 23, 2013